Scotty Levy
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

**In The Eastern District of California for the**

**United States District Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:07-mj-00269wmw |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS |
| v. | ) | AND ORDER |
| | ) | |
| Fiorindo Randy Cortesi | ) | Date: July 22, 2008 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: U.S. Magistrate |
| | ) | Judge: |
| | ) | Hon. William M. Wunderlich |

The United States Government, through its representative Scotty Levy, respectfully requests that count three 36 CFR 2.30(a)(2) Misappropriation, be dismissed in the interest of justice.

Respectfully submitted,

Dated:  July 17, 2008            /s/ Scotty Levy
                                 _____
                                 Scotty Levy
                                 National Park Service

1

**ORDER**

It is so ordered.

IT IS SO ORDERED.

**Dated:   July 18, 2008**                              **/s/  William M. Wunderlich**
                                                                          UNITED STATES MAGISTRATE JUDGE